**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**(Judge George W. Miller)**

---

**No. 99-37 T**

**BURLINGTON RESOURCES, INC.**

**Plaintiff**

**v.**

**THE UNITED STATES**

**Defendant**

---

**No. 99-53 T**

**BURLINGTON NORTHERN SANTA FE CORPORATION**

**Plaintiff**

**v.**

**THE UNITED STATES**

**Defendant**

---

# JOINT STATUS REPORT

---

In accordance with the Court's order entered November 19, 2003, the parties submit this joint status report regarding settlement activities.

As detailed in previous status reports, the parties completed their negotiations of revisions to the settlement terms by January 28, 2005. Thereafter, on March 15, 2005, the Department of Justice received the recommendation of the Internal Revenue Service with respect to the offers, as revised and clarified. The Chief of the Court of Federal Claims Section made her recommendation on the offers and forwarded the recommendations and files to the Office of Review of the Tax Division on March 31, 2005. A computation specialist with the Office of Review raised questions with respect to the computation of plaintiffs' interest netting claim and plaintiffs' counsel responded to the questions. After the questions were resolved, the Office of Review and plaintiffs' counsel reached an agreement on the principal tax computations and interest netting computations. On October 20, 2006, plaintiffs' counsel delivered revised settlement offers to the Government reflecting the agreed computations. The Chief of the Office of Review made her recommendation on the revised offers and forwarded the recommendation and files to the office of the Deputy Assistant Attorney General on November 2, 2006. The revised offers were approved by the Deputy Assistant Attorney General on November 27, 2006, and were sent to the offices of the Joint Committee on Taxation for congressional review. On December 28, 2006, the Chief of the Office of Review was advised that the Joint Committee on Taxation had no adverse criticism on the settlement offers. Accordingly, on December 28, 2006, the Office of Review sent a letter to plaintiff's counsel accepting the offer, and instructions were sent to the Internal Revenue Service to process the refund.

Unless instructed otherwise, the parties will file their next status report by May 13, 2007, if they have not filed a stipulation of dismissal prior to that date.

Respectfully submitted,

February 12, 2007

s/ Jeffrey R. Malo

JEFFREY R. MALO
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 305-7539*
*Fax: (202) 514-9440*
*Email: jeffrey.r.malo@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID D. GUSTAFSON
*Acting Chief, Court of Federal Claims Section*
STEVEN FRAHM
*Assistant Chief, Court of Federal Claims Section*

February 12, 2007

s/ Steven Frahm
Of Counsel